# EXHIBIT 1

# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA ATLANTA DIVISION

| | |
|---|---|
| GEORGIA STATE CONFERENCE OF THE NAACP; GEORGIA COALITION FOR THE PEOPLE'S AGENDA, INC.; and NEW GEORGIA PROJECT, INC., <br><br> Plaintiffs, <br><br> v. <br><br> BRIAN KEMP, Governor of the State of Georgia, in his official capacity, and BRAD RAFFENSPERGER, Secretary of State of Georgia, in his official capacity, <br><br> Defendants. | CIVIL ACTION NO. _____ |

## DECLARATION OF HELEN BUTLER

Pursuant to 28 U.S.C. § 1746, I, Helen Butler, declare as follows:

1. I am the Executive Director of the Georgia Coalition for the People's Agenda ("GCPA" or "People's Agenda"), over 18 years of age, and competent to make this declaration.

2. I have personal knowledge of the matters stated herein and would testify to the same if called as a witness in Court.

3. GCPA is a Georgia not-for-profit corporation with its principal place of business located in Atlanta, Georgia.

4. GCPA encourages voter registration and participation, particularly among Black and other underrepresented communities. GCPA's support of voting rights and access is central to its mission. The organization has committed, and ahead of the 2024 General Election continues to commit, time and resources to conducting voter registration drives, voter education, voter ID assistance, election protection, get-out-the-vote efforts, such as "Souls to the Polls" and "Pews to the Polls," and impact litigation involving voting rights issues.

5. GCPA is a coalition of more than 30 organizations, which collectively have more than 5,000 individual members across the state of Georgia, including in several counties in the southern and eastern parts of the state. The organization operates eight offices across the State of Georgia: its main office in Atlanta, and

additional offices in Athens, Augusta, Albany, Savannah, Macon, LaGrange, and a new office in Rome. Each office serves roughly 10 to 12 surrounding counties on a regular basis, including through voter registration activities.

6. GCPA has limited resources to cover all of this work, with seven paid full-time staff members working in the main Atlanta office, and seven coordinators, each assigned to a particular area of Georgia. In particular, the Richmond County Coordinator and Chatham County Coordinator support voters in counties throughout east Georgia. The coordinators are responsible for organizing the organization's activities in the communities they serve, including civic engagement activities, voter registration drives, voter mobilization efforts, and the organization's education and coalition work. GCPA also has a couple hundred volunteers that work with its offices across the State of Georgia.

7. GCPA spends a considerable amount of time and resources directed to voter registration efforts and has conducted voter registration drives throughout Georgia, including in counties in the southern and eastern parts of the state, including but not limited to Augusta-Richmond, Burke, Columbia, McDuffie, Screven, Effingham, Bulloch, Bryan, Liberty, Tattnall, Chatham, McIntosh, Wayne, Pierce, Evans, Camden, Lowndes, Brooks, Decatur, Colquitt, Tift, Lee, Warren, and Washington counties ("Southern and Eastern Counties").

8. GCPA's voter registration drives increase in number and intensity ahead of the voter registration deadlines before general elections. In fact, the GCPA's heaviest voter registration activity typically occurs within the days leading up to the close of voter registration in presidential election cycles. GCPA had the same plans to ramp up voter registration efforts even further in the last week of voter registration this year.

9. GCPA relies on county board of registrars to conduct its voter registration activities, including receiving blank voter registration applications, returning transmittal summary sheets and the completed voter registration applications with the consent of applicants, and assisting voters with questions about their current voter registration status.

10. GCPA planned to make its final efforts to register new voters in between Friday, September 27, 2024 and Monday, October 7, 2024, but our efforts, particularly in the Southern and Eastern Counties, were impaired by Hurricane Helene.

11. Since Hurricane Helene tore through southern and eastern Georgia early morning on Friday, September 27, GCPA was not able to proceed with planned voter registration events in Lowndes, Augusta-Richmond, and Liberty counties scheduled to take place between Friday, September 27, 2024 and Monday, October

7, 2024. GCPA had specific voter registration events planned in these counties, including tabling at Valdosta State University in Lowndes County, that we cancelled because of Hurricane Helene.

12. In addition to planned voter registration events, GCPA members conduct voter registration on an ongoing basis at high traffic areas in various neighborhoods, which we call "hot spots."

13. GCPA had planned to conduct voter registration efforts at "hot spots" in the Southern and Eastern Counties between September 27 and October 7, 2024, but Hurricane Helene and its aftermath created conditions which would not allow GCPA coordinators, volunteers, and canvassers to safely conduct voter registration activities. Our voter registration efforts in the Southern and Eastern counties were significantly slowed down, if not stopped completely.

14. Between September 27 and October 7, 2024, Hurricane Helene's devastation caused significant power outages, internet outages, property damage, road closures and blockages, and flooding throughout Georgia, which has forced some county offices, post offices, and business to be closed to the public.

15. Following Hurricane Helene's landfall, the Lowndes County Board of Elections, Augusta-Richmond County Board of Elections, and Bulloch County Elections and Voter Registration Department have been closed between September

30, 2024 and at least October 6, 2024, which has made coordination with these offices and the receipt and delivery of voter registration applications impossible.

16. I am aware that the voter registration deadline for the November 5, 2024 General Election is October 7, 2024.

17. I am worried that Hurricane Helene's aftermath, including power outages, internet outages, the closures of elections offices and post offices, and road closures, has prevented eligible voters from registering to vote in time for the November 5, 2024 General Election.

18. I am also worried that Hurricane Helene's aftermath has prevented GCPA from conducting voter registration activities to the intensity and scale required to register voters in time for the November 5, 2024 General Election.

19. GCPA, its coalition organizations, and its members have a strong interest in preventing the disenfranchisement of eligible voters in Georgia, including eligible Black voters and other voters of color from underrepresented communities, including in the Southern and Eastern Counties.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 7th day of October 2024 in Atlanta, Georgia.

_____
Helen Butler
Executive Director
Georgia Coalition for the People's Agenda