**EXHIBIT 4**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| GEORGIA COALITION FOR THE PEOPLES' AGENDA, INC., as an organization; GEORGIA STATE CONFERENCE OF THE NAACP, as an organization; and THIRD SECTOR DEVELOPMENT, INC., as an organization;<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>JOHN NATHAN DEAL, in his official capacity as Governor of Georgia, and BRIAN P. KEMP, in his official capacity as Secretary of State for the State of Georgia,<br><br>　　　　　Defendants. | Civil Action File<br><br>No. 4:16-CV-0269-WTM-GRS |

## PLAINTIFFS' STATUS REPORT

Plaintiffs submit the following Status Report to update the Court following the election on November 8, 2016. This report summarizes the efforts made by the parties and the Chatham County Board of Registrars to implement the Court's Order dated October 14, 2016, which granted Plaintiffs' motion for a preliminary injunction. [Doc. 16.]

Defendants directed the Chatham County Board of Registrars to comply with the Order the day it was issued. The board of registrars proceeded to extend the voter registration deadline through October 18, 2016, pursuant to the Order. According to Defendants' counsel, the board processed all of the applications received through October 18 on or before October

31, 2016. Defendants' counsel subsequently provided Plaintiffs with information concerning the individuals who submitted applications during the extended voter registration period.

Between October 12 and 18, 2016, the Chatham County Board of Registrars received 1,418 voter registration applications. Of the 1,418 voter registration applicants, 1,293 (91.2%) were placed into "active" status and eligible to vote in Chatham County in the election held on November 8. The other 125 voters (8.8%) were placed into "pending" status. Voters could be put into pending status for reasons that include the failure of voter registration application information to exactly match corresponding fields in the Georgia Department of Driver Services or Social Security Administration databases. Voters in that particular situation were eligible to cast a regular ballot if they provided photo identification at the polling place.

Plaintiffs are endeavoring to resolve the balance of the case amicably with Defendants. Plaintiffs' Counsel will work diligently with Defendants' counsel to complete that process expeditiously now that the election is over.

Dated: November 10, 2016   Respectfully submitted,

By:   /s/ John Powers

William V. Custer
Georgia Bar No. 202910
Jennifer B. Dempsey
Georgia Bar No. 217536
Bryan Cave LLP
One Atlantic Center
Fourteenth Floor
1201 West Peachtree Street, NW
Atlanta, Georgia 30309-3488
Phone:  (404) 572-6600
Fax:       (404) 572-6999
bill.custer@bryancave.com
jennifer.dempsey@bryancave.com

Ezra D. Rosenberg*
Julie Houk*
John Powers*
Lawyers' Committee for Civil Rights Under Law
1401 New York Avenue NW, Suite 400
Washington, D.C. 20005
Telephone:   (202) 662-8600
Facsimile:    (202) 783-0857
erosenberg@lawyerscommittee.org
jhouk@lawyerscommittee.org
jpowers@lawyerscommittee.org
*Admitted Pro Hac Vice

Counsel for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| GEORGIA COALITION FOR THE PEOPLES' AGENDA, INC., as an organization; GEORGIA STATE CONFERENCE OF THE NAACP, as an organization; and THIRD SECTOR DEVELOPMENT, INC., as an organization;<br><br>Plaintiffs,<br><br>v.<br><br>JOHN NATHAN DEAL, in his official capacity as Governor of Georgia, and BRIAN P. KEMP, in his official capacity as Secretary of State for the State of Georgia,<br><br>Defendants. | Civil Action File<br><br>No. 4:16-CV-0269-WTM-GRS |

**CERTIFICATE OF SERVICE**

I hereby certify that I caused the foregoing to be electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to all attorneys of record.

This 10th day of November, 2016.

                By:    */s/ John Powers*
                      John Powers
                      Lawyers' Committee for Civil Rights Under Law
                      1401 New York Avenue NW, Suite 400
                      Washington, D.C. 20005
                      Telephone:   (202) 662-8600
                      Facsimile:    (202) 783-0857
                      jpowers@lawyerscommittee.org