AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

| Ga. NAACP et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:24-cv-04546-ELR |
| Kemp et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Ga. State Conference of the NAACP; Ga. Coalition for the People's Agenda, Inc.; New Georgia Project, Inc.

Date: 10/08/2024

*Attorney's signature*

Cory Isaacson, Ga. Bar No. 983797
*Printed name and bar number*

P.O. Box 570738, Atlanta, Georgia 30357
*Address*

cisaacson@acluga.org
*E-mail address*

(770) 415-5490
*Telephone number*

*FAX number*