## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| GEORGIA STATE CONFERENCE OF THE NAACP; GEORGIA COALITION FOR THE PEOPLE'S AGENDA, INC.; and NEW GEORGIA PROJECT, INC.,<br><br>*Plaintiffs,*<br><br>v.<br><br>BRIAN KEMP, Governor of the State of Georgia, in his official capacity, and BRAD RAFFENSPERGER, Secretary of State of Georgia, in his official capacity,<br><br>*Defendants.* | Civil Action File No.:<br>1:24-cv-4546-ELR |

## NOTICE OF APPEARANCE OF COUNSEL

COMES NOW the undersigned counsel, Elizabeth T. Young, and hereby makes an entry of appearance in the above-styled action on behalf of Brian Kemp, Governor of the State of Georgia, in his official capacity, and Brad Raffensperger, Secretary of State of Georgia, in his official capacity. Copies of all further pleadings, orders, and notices should be sent to the address below.

Respectfully submitted this 9th day of October, 2024.

/s/ *Elizabeth Young*
Elizabeth T. Young         707725

Senior Assistant Attorney General
Georgia Department of Law
40 Capitol Square, SW
Atlanta, Georgia 30334
Telephone: (404) 458-3425
Email: eyoung@law.ga.gov
*Counsel for Defendants Brian Kemp*
*and Brad Raffensperger*

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served the foregoing **NOTICE OF APPEARANCE OF COUNSEL** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all counsel of record.

This 9th day of October, 2024.

Respectfully submitted,

*/s/ Elizabeth T. Young*
ELIZABETH T. YOUNG        707725
Senior Assistant Attorney General

*Counsel for Defendants Brian Kemp
and Brad Raffensperger*