**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

GEORGIA STATE CONFERENCE
OF THE NAACP; GEORGIA
COALITION FOR THE PEOPLE'S
AGENDA, INC.; and NEW
GEORGIA PROJECT, INC.,

                                     CASE NO. 1:24-cv-04546-ELR

        Plaintiffs,

v.

BRIAN KEMP, Governor of the State
of Georgia, in his official capacity, and
BRAD RAFFENSPERGER, Secretary
of State of Georgia, in his official
capacity,

        Defendants.

## NOTICE OF SERVICE

Due to the emergency nature of this challenge and the temporary restraining order hearing scheduled for this afternoon, undersigned counsel submits this notice of its efforts to keep counsel for Governor Kemp and Secretary Raffensperger informed of all developments.

Prior to filing this action, on Monday evening, October 7, 2024, undersigned counsel emailed Elizabeth Young, Senior Assistant Attorney General, and Charlene McGowan, General Counsel for the Secretary of State, to inform them that we were preparing to file a complaint and a motion for a TRO to extend the voter registration deadline in light of Hurricane Helene. After filing the documents,

undersigned counsel then emailed Ms. Young and Ms. McGowan a copy of the final documents. The following morning, on Tuesday, October 8, after receiving file-stamped copies of the filings, undersigned counsel emailed those as well. Later that day, undersigned counsel emailed Ms. Young and Ms. McGowan a copy of the filed hearing notice by the Court.

In addition, counsel for Plaintiffs have engaged a process server to attempt in-person service today, October 9, 2024.

Respectfully submitted, this 9th day of October 2024.

|  |  |
|---|---|
|  | */s/ Cory Isaacson* |
| R. Gary Spencer (Ga. Bar No. 671905) | Cory Isaacson (Ga. Bar No. 983797) |
| NAACP LEGAL DEFENSE AND | Caitlin May (Ga. Bar No. 602081) |
| EDUCATIONAL FUND, INC. | Akiva Freidlin (Ga. Bar No. 692290) |
| 260 Peachtree St. NW, Ste 2300 | ACLU FOUNDATION OF GEORGIA INC. |
| Atlanta, GA 30303 | P.O. Box 570738 |
| Telephone: (202) 216-5578 | Atlanta, GA 30357 |
| Fax: (202) 682-1312 | (678) 310-3699 |
| gspencer@naacpldf.org | cisaacson@acluga.org |
|  | cmay@acluga.org |
| Brenda Wright* | afreidlin@acluga.org |
| Stuart Naifeh* |  |
| Amir Badat* | Theresa J. Lee* |
| John S. Cusick* | Sophia Lin Lakin* |
| NAACP LEGAL DEFENSE AND | Sara Worth* |
| EDUCATIONAL FUND, INC. | AMERICAN CIVIL LIBERTIES UNION |
| 40 Rector Street, 5th Floor | FOUNDATION |
| New York, New York 10006 | 125 Broad Street, 18th Floor |
| Telephone: (212) 965-2200 | New York, NY 10004 |
| Facsimile: (212) 226-7592 | (212) 549-2500 |
| bwright@naacpldf.org | tlee@aclu.org |
| snaifeh@naacpldf.org | slakin@aclu.org |
| abadat@naacpldf.org | sw_vrp@aclu.org |
| jcusick@naacpldf.org |  |

2

DeMetris Causer (Ga. Bar No. 347916)
NAACP LEGAL DEFENSE AND
EDUCATIONAL FUND, INC.
700 14th St. NW
Washington, D.C. 20005
Telephone: (646) 906-1344
Fax: (202) 682-1312
dcauser@naacpldf.org

**Attorneys on behalf of**: Georgia State
Conference of the NAACP and
Georgia Coalition for the People's
Agenda, Inc.

Ezra D. Rosenberg*
Julie M. Houk*
Heather Szilagyi*
Grace Thomas*
erosenberg@lawyerscommittee.org
jhouk@lawyerscommittee.org
hszilagyi@lawyerscommitte.org
gthomas@lawyerscommittee.org
Lawyers' Committee for Civil Rights Under
Law 1500 K Street NW, Suite 900
Washington, D.C. 20005
Telephone: (202) 662-8600
Facsimile: (202) 783-0857

Kristen A. Johnson
COOLEY LLP
55 Hudson Yards
New York, NY 10001-2157
Telephone: (212) 479-6695
Facsimile: (212) 479-6275
kjohnson@cooley.com

Maureen Alger
COOLEY LLP
3175 Hanover Street
Palo Alto, CA 94304-1130
Telephone: (650) 843-5000
Facsimile: (650) 849-7400
malger@cooley.com

**Attorneys on behalf of**: Georgia State
Conference of the NAACP and Georgia
Coalition for the People's Agenda, Inc., and
New Georgia Project

*Motion for Admission Pro Hac Vice
Forthcoming*

## CERTIFICATE OF SERVICE

I hereby certify that I caused the foregoing to be electronically filed with the

Clerk of Court using the CM/ECF system, which will automatically send e-mail

notification of such filing to all attorneys of record.

This 9th day of October, 2024.

/s/ Cory Isaacson
Cory Isaacson (Ga. Bar No. 983797)
ACLU FOUNDATION OF GEORGIA INC.
P.O. Box 570738
Atlanta, GA 30357
cisaacson@acluga.org