IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| GEORGIA STATE CONFERENCE OF THE NAACP; GEORGIA COALITION FOR THE PEOPLE'S AGENDA, INC.; and NEW GEORGIA PROJECT, INC.,<br><br>*Plaintiffs,*<br><br>v.<br><br>BRIAN KEMP, Governor of the State of Georgia, in his official capacity, and BRAD RAFFENSPERGER, Secretary of State of Georgia, in his official capacity,<br><br>*Defendants.* | Civil Action File No.:<br>1:24-cv-45461-ELR |

## NOTICE OF FILING

Defendants Brian Kemp and Brad Raffensperger hereby submit this Notice of Filing of the Declaration of Blake Evans in support of their opposition to Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction.

This 9th day of October, 2024.

                                                      Respectfully submitted,

                                                      CHRISTOPHER M. CARR      112505
                                                      Attorney General

BRYAN K. WEBB     743580
Deputy Attorney General

*/s/ Elizabeth T. Young*
ELIZABETH T. YOUNG     707725
Senior Assistant Attorney General

*/s/ Alexandra M. Noonan*
ALEXANDRA M. NOONAN     733236
Assistant Attorney General

*Counsel for Defendants Brian Kemp and Brad Raffensperger*

Please address all
communications to:
Elizabeth T. Young
Georgia Department of Law
40 Capitol Square, SW
Atlanta, Georgia 30334
Telephone: (404) 458-3425
Email: eyoung@law.ga.gov

## CERTIFICATE OF COMPLIANCE

Pursuant to L.R. 7.1(D), the undersigned hereby certifies that the foregoing has been prepared in Century Schoolbook 13, a font and type selection approved by the Court in L.R. 5.1(C).

*/s/ Alexandra M. Noonan*
ALEXANDRA M. NOONAN   733236
Assistant Attorney General

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day served the foregoing **NOTICE OF FILING** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all counsel of record.

This 9th day of October, 2024.

                                      */s/ Alexandra M. Noonan*
                                      ALEXANDRA M. NOONAN    733236
                                      Assistant Attorney General