IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| GEORGIA STATE CONFERENCE OF THE NAACP; GEORGIA COALITION FOR THE PEOPLE'S AGENDA, INC.; and NEW GEORGIA PROJECT, INC., <br><br> *Plaintiffs,* <br><br> v. <br><br> BRIAN KEMP, Governor of the State of Georgia, in his official capacity, and BRAD RAFFENSPERGER, Secretary of State of Georgia, in his official capacity, <br><br> *Defendants.* | Civil Action File No.: 1:24-cv-4546-ELR |

## DECLARATION OF BLAKE EVANS

I, Blake Evans, declare under penalty of perjury that the following statements are true and accurate to the best of my knowledge.

1. I am the Director of the Elections for the Georgia Secretary of State's office. I have served in this role since August 1, 2021. Prior to that, I worked as the Deputy Elections Director for the Secretary and as Elections Chief for Fulton County Registrations and Elections Department. I

previously worked in the Escambia County, Florida, Elections Office from 2015 to 2019.

2. I hold a bachelor's degree and Master of Public Administration of from Auburn University. During my time in the Master's program at Auburn, I worked as a graduate assistant and helped with the university's Elections Center, which is part of the National Association of Election Officials.

3. In my role, I have extensive knowledge about and involvement with the administration of elections in Georgia. I supervise personnel who oversee the Georgia Registered Voter Information System (GARViS), the state's voter registration database. I regularly participate in training with county election officials. I regularly communicate with county election officials and am familiar with their work and the challenges they face in administering elections in Georgia.

4. County registrars in Georgia are responsible for receiving and processing new voter registrations and maintaining their county's list of registered voters. Georgia law provides for numerous ways to register to vote. Residents may register to vote through the Department of Driver Services (DDS), through the Secretary of State's online voter registration system (OLVR), by delivering a completed voter registration form to the county

registrar, and through designated state agencies. *See* O.C.G.A. § 21-2-220(a). Third-party organizations may also register voters and return the completed voter registration forms to county registrars or to the Secretary of State's office. Any voter registration application received by DDS or the Secretary of State is sent directly to the county registrars to process.

5. Most Georgians register to vote or update their voter registration through DDS or the Secretary of State's online voter registration system and My Voter Page (MVP). Since January 1, 2024, we had 3.1 million registration-related transactions. Of those, 69% came through DDS, 12% came through OLVR or MVP, and 19% were through a paper transaction, including submitting a voter registration application.

6. October 7, 2024, was the deadline for Georgians to register to vote under state law. O.C.G.A. § 21-2-224(a). On October 7, there were over 10,000 voter registrations submitted through OLVR, in addition to paper applications received by county registrars. County registrars continue to process voter registration applications and change requests after the registration deadline, and that work needs to be completed before the start of advance voting on October 15, 2024 to ensure that eligible voters who submitted timely registrations can vote.

3

7. As of October 7, 2024, counties were still processing approximately 51,000 OLVR applications, 34,000 DDS applications, and 21,000 change requests through MVP. Additionally, several thousand voter registration applications are being delivered by the Secretary's office to county registrars.

8. Hurricane Helene presented challenges for county elections offices in the hardest-hit areas, mostly due to power outages and road closures. The Secretary's office has been in continuous contact with county elections officials, GEMA, and the USPS to assess damage to the affected areas, including elections offices, polling locations, and USPS offices. The situation continues to improve daily as power is restored to the affected areas. Except for limited power and internet outages, all central election offices seem to be spared from major damage. Only 4 counties that we are aware of have sustained damage to a few polling locations, including Atkinson, Lowndes, Columbia, and Richmond.

9. All counties have continued to process voter registration applications since Hurricane Helene. According to data from GARViS as of October 8, 2024, **46,975** voter registrations transactions were processed by counties between September 26 and October 7, 2024, and counties continue to

process tens of thousands of additional registrations and change requests that came in through the registration deadline. While Hurricane Helene has impacted some aspects of election administration in the affected counties, I have not received reports from any county that they are unable to process voter registrations due to the impacts of the storm.

10. It is critical that the voter registration deadline be enforced so that the list of registered voters is as close to complete as possible before voters start to vote in person on October 15, 2024. County registrars began issuing absentee ballots on October 7, 2024. Our county elections workers should not have additional burdens placed on them to register new voters while they need to be focused on the time-consuming tasks of processing of voter registrations received by the deadline, processing change requests, issuing absentee ballots, and administering advance voting. Moreover, last-minute changes to the voter registration system can lead to the risk of error in processing registrations.

11. About 96.7% of Georgia's Voting Population is already registered to vote, based on July 2023 data from the Federal Register.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing statements are true and accurate to the best of my knowledge, information, and belief.

10/9/24
Date

*[signature]*
Blake Evans