**EXHIBIT 2**

# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA ATLANTA DIVISION

| | |
|---|---|
| GEORGIA STATE CONFERENCE OF THE NAACP; GEORGIA COALITION FOR THE PEOPLE'S AGENDA, INC.; and NEW GEORGIA PROJECT, INC.,<br><br>    Plaintiffs,<br><br>v.<br><br>BRIAN KEMP, Governor of the State of Georgia, in his official capacity, and BRAD RAFFENSPERGER, Secretary of State of Georgia, in his official capacity,<br><br>    Defendants. | Case _____ |

## **DECLARATION OF GERALD GRIGGS**

Pursuant to 28 U.S.C. § 1746, I, Gerald Griggs, declare as follows:

1. I am over the age of 18 years, have personal knowledge of the matters stated herein, am competent to make this declaration, and would testify to the same if called as a witness in Court.

2. I am the President of the Georgia State Conference of the NAACP ("GA NAACP") and I am authorized to speak for GA NAACP in this matter.

3. GA NAACP, a unit of the National NAACP founded in 1909, is the oldest and one of the largest, most significant organizations promoting and protecting the civil rights of African Americans and other racial and ethnic minorities in Georgia.

4. GA NAACP is a non-partisan, interracial, nonprofit voluntary membership organization with a mission to "eliminate racial discrimination through democratic processes and ensure the equal political, educational, social, and economic rights of all persons, in particular African Americans." Protecting and promoting the voting rights of Black voters, other voters of color, and underserved communities is essential to this mission.

5. In pursuit of its core mission, GA NAACP engages in robust voter registration, voter education, and get-out-the-vote activities, expending considerable resources toward ensuring that eligible voters in Georgia,

1

particularly voters in traditionally disenfranchised communities, can exercise their right to vote.

6. GA NAACP is headquartered in Atlanta, Georgia. It has over 180 branches and chapters throughout the State.

7. At this time, based upon internal, confidential membership information, GA NAACP has nearly 10,000 active members in Georgia.

8. At this time, based upon internal, confidential membership information, GA NAACP has members and branches in at least 120 counties in Georgia, including those who are registered voters, including but not limited to the following southern and eastern Georgia counties: Augusta-Richmond, Brooks, Bulloch, Chatham, Coffee, Colquitt, Columbia, Echols, Emanuel, Jeff Davis, Jefferson, Liberty, Lincoln, Lowndes, McDuffie, Montgomery, Tattnall, Tift, Toombs, Washington, and Wheeler ("Southern and Eastern Counties").

9. GA NAACP membership is composed predominately of Black and other racial minority individuals and includes registered voters who reside throughout the state.

10. In advance of the November 2024 General Election, GA NAACP generally, and the branches in the Southern and Eastern Counties

specifically, planned to hold get-out-the-vote events, assist prospective voters registering to vote, advise their members and their broader constituents to check their voter registration, and plan their Souls-to-the-Polls programs.

11. At this time, GA NAACP has members who are registered to vote in many counties across Georgia who are likely to cast ballots in the upcoming November 5, 2024 General Election and any potential runoff election and who are likely to register voters for the November election.

12. Any new members whom GA NAACP has assisted in registering to vote in the past few months or will assist for the November 5, 2024 election will also be likely to participate in the General Election and any runoff election that ensues.

13. A considerable amount of GA NAACP's work and resources are devoted to promoting voter registration, vote education, get-out-the-vote efforts, and election protection. GA NAACP regularly conducts voter registration drives and campaigns throughout Georgia, including in in Lowndes County and Augusta-Richmond County before voter registration deadlines. As a result of this work, GA NAACP helps register thousands of eligible citizens each year, including its members and non-members.

14. During its voter registration work, GA NAACP often encounters first-time voter registration applicants through our work supporting eligible high school students, college students, young adults, naturalized citizens, and new Georgia residents.

15. Hurricane Helene's aftermath created conditions that did not allow GA NAACP members and volunteers to safely conduct voter registration activities between September 26, 2024 and October 7, 2024.

16. Prior to Hurricane Helene, GA NAACP planned several local voter registration drives, particularly in Valdosta, Lowndes County and Augusta-Richmond County. However, as a result of Hurricane Helene and its aftermath, GA NAACP was forced to cancel at least ten of these events.

17. In fact, all of GA NAACP branches were forced to shut down between September 27, 2024 and October 4, 2024 due to Hurricane Helene and the unsafe conditions it caused. Many branches are still closed today because of the hurricane, including the Augusta-Richmond County and Coffee County branches.

18. GA NAACP branches also have not been able to coordinate with the Georgia Secretary of State or several board of registrar offices that were

4

closed down since September 27, 2024 because of the road closures, power outages, and some offices being closed to the public.

19. I am aware that the voter registration deadline for the November 5, 2024 General Election is October 7, 2024.

20. I am worried that Hurricane Helene's aftermath, including power outages, the closures of elections offices and post offices, and road closures, prevented eligible voters from registering to vote in time for the November 5, 2024 General Election.

21. Hurricane Helene's aftermath has prevented GA NAACP from conducting voter registration activities before October 7, 2024 throughout south and east Georgia.

22. GA NAACP has a strong interest in preventing the disenfranchisement of eligible voters in Georgia, including eligible Black voters and other voters of color from underrepresented communities, including in southern and eastern Georgia.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 7th day of October 2024 in Atlanta, Georgia.

5



_____
Gerald Griggs
President
Georgia State Conference of the NAACP