**EXHIBIT 3**

# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA ATLANTA DIVISION

| | |
|---|---|
| GEORGIA STATE CONFERENCE OF THE NAACP; GEORGIA COALITION FOR THE PEOPLE'S AGENDA, INC.; and NEW GEORGIA PROJECT, INC., <br><br> Plaintiffs, <br><br> v. <br><br> BRIAN KEMP, Governor of the State of Georgia, in his official capacity, and BRAD RAFFENSPERGER, Secretary of State of Georgia, in his official capacity, <br><br> Defendants. | Case _____ |

## **DECLARATION OF FRANCYS JOHNSON**

Pursuant to 28 U.S.C. § 1746, I, Francys Johnson, declare as follows:

  1. I am over the age of 18 years, have personal knowledge of the matters stated herein, am competent to make this declaration, and would testify to the same if called as a witness in Court.

  2. I am the Board Chairman of New Georgia Project ("NGP") and I am authorized to speak for NGP in this matter.

3. NGP is a nonpartisan, non-profit organization that works to increase the civic participation of historically marginalized communities across Georgia through nonpartisan voter registration, voter education, and get-out-the-vote efforts, as well as by organizing and advocating on issues important to those communities.

4. NGP is headquartered in Atlanta, Georgia, and it works throughout the state. We have regional offices and operations in Athens, Albany, Augusta, Brunswick, Columbus, Clayton County, Fulton County, Gwinnett County, Macon, Savannah, Statesboro, Stone Mountain, and Valdosta.

5. Each office has a quality control manager and a field manager who organizes canvassing shifts and the logistics for conducting voter registration drives. These managers work closely with county board of registrars to receive blank voter registration applications, answer voter questions, and return transmittal summary sheets and the completed voter registration applications with the consent of applicants.

6. NGP works closely with a network of key activists, leaders, and volunteers from underserved communities, including, but not limited to communities of color, working class communities, low-income communities, communities of incarcerated and returning citizens, and unhoused communities. Volunteers serve an important role in implementing NGP's programs by leading

door-to-door canvassing, conducting voter registration drives, and encouraging citizens to register to vote and become civically engaged.

7. Conducting voter registration drives and door-to-door canvassing are core activities for NGP and are essential to the mission of the organization. NGP staff, activists, and volunteers register voters through voter registration drives throughout south and east Georgia. Our offices support voters in the following southern and eastern counties impacted by Hurricane Helene: Appling, Augusta-Richmond, Ben Hill, Berrien, Brooks, Burke, Bulloch, Candler, Chatham, Clinch, Colquitt, Columbia, Echols, Jefferson, Laurens, Lowndes, Screven, and Tift ("southern and eastern Georgia").

8. A considerable amount of our work and resources are devoted to promoting voter registration through canvassing, voter education, get-out-the-vote efforts, and election protection. In 2024, NGP planned to assist 50,000 Georgians in registering to vote for the upcoming November 5, 2024 General Election by partnering with local high schools, universities, and county offices to canvass voters and host voter registration drives across the state. This year, we have already assisted over 55,000 voters in registering to vote, many of whom are in southern and eastern Georgia.

9. NGP traditionally intensifies its voter registration activities close to voter registration deadlines in order to register as many citizens as possible. NGP

2

fills hundreds of canvassing shifts with volunteers to register voters throughout the state, including in southern and eastern Georgia, the week prior to a voter registration deadline for a general election.

10. Prior to Hurricane Helene, NGP planned to host several local canvassing shifts in southern and eastern Georgia, particularly in Lowndes County and Augusta-Richmond County. However, as a result of Hurricane Helene and its aftermath, NGP was forced to cancel many shifts.

11. In particular, several door-to-door canvassing shifts targeting Black residents in Lowndes County and Augusta-Richmond County were cancelled from Friday, October 4, 2024 to Monday, October 7, 2024 because of Hurricane Helene.

12. NGP's Augusta office in Augusta-Richmond County still has not recovered from Hurricane Helene and the office remains closed today on October 7, 2024.

13. Last week, our Augusta-Richmond County office did not report a single voter registering to vote with the support of an NGP volunteer, nor did it report any NGP volunteer completing a single canvassing shift. This report heavily contrasts to the 377 shifts filled and over 2,000 voter registration applicants supported by NGP volunteers across the state during the same time period.

14. Hurricane Helene's aftermath created conditions which have not allowed NGP volunteers in southern and eastern Georgia to safely conduct voter registration activities between September 26, 2024 and October 7, 2024.

15. Further, the Augusta NGP office has not been able to coordinate with the Augusta-Richmond County Board of Elections office from September 27, 2024 at least through October 6, 2024, because the office has been closed to the public. The Augusta NGP office needs to coordinate with the county registrar office to pick up blank voter registration applications and return completed applications and transmittal sheets. The closure of this county registrar's office, as well as road closures, power outages, and the damage to and closure of our own office in Augusta, has completely halted our ability to assist voters registering to vote in the county up to and including on the existing voter registration deadline.

16. I am aware that the voter registration deadline for the November 5, 2024 General Election is October 7, 2024.

17. I am worried that Hurricane Helene's aftermath, including power outages, the closures of elections offices and post offices, and road closures, will prevent eligible voters from registering to vote in time for the November 5, 2024 General Election.

4

18. I am worried that Hurricane Helene's aftermath has prevented NGP from conducting voter registration activities before October 7, 2024 throughout southern and eastern Georgia.

19. NGP has a strong interest in preventing the disenfranchisement of eligible voters in Georgia, including eligible Black voters and other voters of color from underrepresented communities in southern and eastern Georgia.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 7th day of October 2024 in Atlanta, Georgia.

_____
Francys Johnson, Esq.
Board Chairman
New Georgia Project, Inc.

5