# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

GEORGIA STATE CONFERENCE OF THE NAACP;
GEORGIA COALITION FOR THE PEOPLE'S
AGENDA, INC.; and NEW GEORGIA PROJECT,
INC.,

        Plaintiffs,

v.

BRIAN KEMP, Governor of the State of Georgia, in his
official capacity, and BRAD RAFFENSPERGER,
Secretary of State of Georgia, in his official capacity,

        Defendants.

No. 24-cv-4546-ELR

# DECLARATION OF Nina Altschiller

Pursuant to 28 U.S.C. § 1746, I, Nina Altschiller, declare as follows:

1. I am over the age of 18 years, have personal knowledge of the matters stated herein, am competent to make this declaration, and would testify to the same if called as a witness in Court.

2. I am a member of the League of Women Voters of Georgia and the Past President and Voter Service Chair of the League of Women Voters of Coastal Georgia.

3. I live in Savannah, in Chatham County, Georgia.

4.  We were hit hard by Hurricane Helene, and were unable to get Sample Ballots and Voter Registration materials printed for events scheduled the weekend following Helene.

5.  Ordinarily, in the last week prior to the close of the voter registration deadline, our League chapter held numerous voter registration events. We have usually registered 200 voters during those events in the last week.

6.  We had 15 voter registration events scheduled for the week before the close of the voter registration deadline this year.

7.  Due to the impact of Hurricane Helene, we had to cancel those events.

8.  I believe prospective voters who otherwise would have registered at our event did not register to vote because we could not hold the event due to Helene. I understand this to be the case because in the past, when we registered people close to the voter registration deadline, they were often surprised that the deadline was approaching and would not have met it without our bringing it to their attention and helping them register.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed this 10th day of October 2024 in Savannah, Georgia.

*Nina Altschiller*
Nina Altschiller

✓