IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| GEORGIA STATE CONFERENCE OF THE NAACP, et al., | *<br>*<br>* |
| Plaintiffs, | *<br>* |
| v. | *   1:24-CV-04546-ELR<br>* |
| BRIAN KEMP, Governor of the State of Georgia, in his official capacity, et al., | *<br>*<br>* |
| Defendants, | *<br>* |
| REPUBLICAN NATIONAL COMMITTEE, et al., | *<br>*<br>* |
| Intervenor Defendants. | *<br>* |

**O R D E R**

On October 10, 2024, the Court held a hearing on Plaintiffs' construed Motion for Preliminary Injunction. [Doc. 2].

A district court may grant a preliminary injunction if the movant shows: (1) it has a substantial likelihood of success on the merits; (2) it will suffer irreparable injury unless the injunction issues; (3) the threatened injury to the movant outweighs any damage the proposed injunction may cause the opposing party; and (4) if issued, the injunction would not be adverse to the public interest. Siegel v. LePore, 234

F.3d 1163, 1176 (11th Cir. 2000) (en banc).  Although a "preliminary injunction is an extraordinary and drastic remedy," it should be granted if "the movant 'clearly carries the burden of persuasion' as to the four prerequisites."  United States v. Jefferson Cnty., 720 F.2d 1511, 1519 (11th Cir. 1983) (quoting Canal Auth. v. Callaway, 489 F.2d 567, 573 (5th Cir. 1974)).

For the reasons set out on the record at the October 10, 2024 hearing, the Court finds that Plaintiffs failed to establish that they are entitled to preliminary injunctive relief.  Specifically, the Court finds that Plaintiffs did not establish a substantial likelihood of success as to the issue of Article III standing—which is "an indispensable part of plaintiff[s'] case."  See Lujan v. Defs. of Wildlife, 504 U.S. 555, 561 (1992).  Additionally, for the reasons discussed at the hearing, even if Plaintiffs had established a likelihood of success as to standing, the Court finds that Plaintiffs did not clearly carry their burden of persuasion as to their likelihood of success on the merits of their claims.  Accordingly, the Court **DENIES** Plaintiffs' construed Motion for Preliminary Injunction.  [Doc. 2].

**SO ORDERED**, this 10th day of October, 2024.

_____
Eleanor L. Ross
United States District Judge
Northern District of Georgia