# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| **GEORGIA STATE CONFERENCE OF THE NAACP, ET AL,** ) <br> **Plaintiff** ) <br> v. ) <br> **BRIAN KEMP, ET AL,** ) <br> **Defendant** ) <br> ) | 1:24-CV-04546-ELR <br><br> Appearing on behalf of: <br> **REPUBLICAN NATIONAL COMMITTEE** <br> Intervenor <br> (see attachment for additional parties) |

## APPLICATION FOR ADMISSION PRO HAC VICE

**Applicant, Baxter Drennon,** hereby requests permission to appear *pro hac vice* in the subject case filed in the Atlanta Division of the United States District Court for the Northern District of Georgia. **Applicant** states under penalty of perjury that he is not a member of the State Bar of Georgia but is a member in good standing of the United States court and/or the highest court of a state as listed below in this application. **Applicant** further states under penalty of perjury that he has identified all courts to which he has been admitted to practice and the dates of admission and that he is in good standing and eligible to practice in all courts to which he has been admitted. **Applicant** also states under penalty of perjury that he has provided all information required by LR 83.1(B)(2) on the subsequent pages of this application and that it is true and correct. **Applicant** designates **William Bradley Carver, Sr.** as local counsel. His/her business address is provided below in the Consent of Designated Local Counsel section.

This 18th day of October, 2024.

                                                                             ____/s/ Baxter Drennon__
                                                                                 Signature of Baxter Drennon

**1:24-CV-04546-ELR**

## ALL COURTS TO WHICH APPLICANT HAS BEEN ADMITTED TO PRACTICE AND DATES OF ADMISSION

Arkansas State Court 2010 ; Georgia State Court 2022 ; USDC for the Eastern District of Arkansas 2010 ; USDC for the Western District of Arkansas 2010

## NDGA CASES IN WHICH APPLICANT HAS APPEARED

1:24-cv-03412 ; 1:21-cv-01284 ; 1:21-mi-55555 ; 1:22-cv-01734-JPB ; 1:21-cv-1390-JPB

## APPLICANT INFORMATION

| | |
|---|---|
| **Name of Applicant:** | Baxter Drennon |
| **Residence Address:** | 200 River Market Avenue<br>Little Rock, AR 72201 |
| **Business Address:** | Hall Booth Smith<br>200 River Market Avenue, Ste. 500<br>Little Rock, Ar 72201 |
| **Business Phone:** | (501) 319-6996 |
| **Email Address:** | bdrennon@hallboothsmith.com |

## 1:24-CV-04546-ELR

## ADDITIONAL PARTIES APPEARING ON BEHALF OF:

Georgia Republican Party, Inc.

**1:24-CV-04546-ELR**

## **CONSENT OF DESIGNATED LOCAL COUNSEL**

I, **William Bradley Carver, Sr.**, designated local counsel for the subject case, maintain an office in the Northern District of Georgia. I have verified the bar admission status of **Applicant**. I agree to readily communicate with opposing counsel and the Court regarding the conduct of this case and to accept papers when served. I recognize my responsibility and full authority to act on behalf of the client in all proceedings related to this case, including hearings, pretrial conferences, and trials, should the **Applicant** fail to respond to any Court order for appearance or otherwise. I further recognize that I must authorize and sign all pleadings and other papers filed in the case by the **Applicant** and that I also am subject to the requirements of Fed. R. Civ. P. 11.

This 18th day of October, 2024.

| | |
|---|---|
| <u>115529</u> | <u>    /s/ William Bradley Carver, Sr.  </u> |
| GA Bar Number | Signature of William Bradley Carver, Sr. |
| | |
| | William Bradley Carver, Sr. |
| <u>(404) 954-5000</u> | Hall Booth Smith |
| Business Telephone | 191 Peachtree Street NE |
| | Atlanta, GA 30303 |
| | |
| Email Address | bcarver@hallboothsmith.com |

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| GEORGIA STATE CONFERENCE ) | |
| OF THE NAACP, ET AL, ) | |
|     Plaintiff ) | 1:24-CV-04546-ELR |
| v. ) | |
| BRIAN KEMP, ET AL, ) | |
|     Defendant ) | |

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.1(B) for admission *pro hac vice* have been satisfied, **the application of Baxter Drennon** to appear *pro hac vice* in the United States District Court for the Northern District of Georgia in the subject case is **GRANTED**.

This _____ day of _____, 20___.

_____
UNITED STATES DISTRICT JUDGE